IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CELESTINA "SALLY" DURAN, Individually and as Personal Representative of the ESTATE OF FIDENCIO DURAN; and ROBERT DURAN,<br>       Plaintiffs,<br>v.<br><br>UNITED TACTICAL SYSTEMS, LLC d/b/a PEPPERBALL; ADVANCED TACTICAL ORDNANCE SYSTEMS, LLC d/b/a PEPPERBALL; TIPPMANN SPORTS, LLC; and PERFECT CIRCLE PROJECTILES, LLC,<br>       Defendants. | CIVIL ACTION NO.: 1:18-cv-01062MV/LF |

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on Tippman Sports, LLC's Stipulated Motion to Dismiss with Prejudice as to All Claims Against Tippman Sports, LLC that were or could have been made in Plaintiff's Amended Complaint for Wrongful Death [Doc. 108]. The Court, having read the Motion, noting that all parties have stipulated to the relief requested, and otherwise have been advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, any and all claims that were or could have been brought against Defendant Tippman Sports, LLC in Plaintiff's Amended Complaint for Wrongful Death are dismissed with prejudice, with no party admitting any liability or fault and with each party to bear its own costs and fees. All other claims by and between parties other than Defendant Tippman Sports, LLC remain pending before the Court.

Dated this 30th day of July, 2020.


_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE


Respectfully submitted and approved as to form
and subject matter by:

__/s/ James C. Wilkey 07/16/20_____
Steven S. Scholl, State Bar ID 5906
James C. Wilkey, State Bar ID 143001
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, NM  87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
sscholl@dsc-law.com
jwilkey@dsc-law.com
*Attorneys for Defendant Tippmann Sports, LLC*


_Laura Schauer Ives approved on 07/16/20_____
Laura Schauer Ives
Joseph P. Kennedy
Adam C. Flores
Kennedy Kennedy & Ives
1000 2nd Street, NW
Albuquerque, NM 87102
lsi@civilrightslaw.com
jpk@civilrightslaw.com
acf@civilrightslaw.com
*Attorneys for Plaintiffs*

-and-

Mark Fine
Fine Law Firm
220 9th Street, NW
Albuquerque, NM 87102
finemark@gmail.com
*Attorneys for the Plaintiffs*


 *Jeffrey M. Croasdell approval on 07/27/20*_____
Jeffrey M. Croasdell
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Post Office Box 1888
Albuquerque, New Mexico 87103
jcroasdell@rodey.com
*Attorneys for Defendant United Tactical Systems, LLC*

 *Eric R. Burris approval on 07/27/20*_____
Eric R. Burris
Lorena B. Hutton
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
eburris@bhfs.com
lhutton@bhfs.com
*Attorneys for Defendant Advanced Tactical Ordnance Systems, LLC and Defendant Perfect Circle Projectiles, LLC*

---

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST TIPPMAN SPORTS, LLC THAT WERE OR COULD HAVE BEEN BROUGT IN PLAINTIFF'S AMENDED COMPLAINT FOR WRONGFUL DEATH
Page 2