IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CELESTINA SALLY DURAN, Individually
and as Personal Representative of the
ESTATE OF FIDENCIO DURAN; and
ROBERT DURAN,

       Plaintiffs,

v.                                                     Civil No. 1:18-cv- 01062-MV-LF

UNITED TACTICAL SYSTEMS, LLC d/b/a
PEPPERBALL; ADVANCED TACTICAL ORDNANCE
SYSTEMS, LLC d/b/a PEPPERBALL;
and PERFECT CIRCLE PROJECTILES, LLC,

       Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Defendants Advanced Tactical Ordnance Systems, LLC, Perfect Circle Projectiles, LLC, and United Tactical Systes, LLC, by and through counsel Brownstein Hyatt Farber Schreck, LLP (Eric R. Burris) and Rodey, Dickason, Sloan, Akin & Robb, PA (Jeffrey M. Croadsdell and Patrick A. Coronel) hereby give notice that briefing is complete on their Joint Motion to Exclude the Expert Testimony of Charles Mesloh [Doc. 125]. The following pleadings have been filed:

     1.     Defendants Joint Motion to Exclude Expert Testimony of Charles Mesloh [Doc. 125] filed on October 29, 2020.

     2.     Omnibus Response in Opposition to Defendants' Joint Motion to Exclude Expert Testimony of Seth Stoughton and Charles Mesloh [Doc. 131] filed on November 20, 2020.

     3.     Reply in Support of Joint Motion to Exclude Expert Testimony of Charles Mesloh [Doc. 138] filed on December 14, 2020.

Dated:  December 14, 2020.

        Respectfully submitted,

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        By:*/s/ Eric R. Burris*
            Eric R. Burris
            201 Third Street NW, Suite 1800
            Albuquerque, NM  87102
            Telephone:  (505) 244-0770
            Facsimile:   (505) 244-9266
            Email:   eburris@bhfs.com

        *Attorneys for Advanced Tactical Ordnance Systems, LLC and Perfect Circle Projectiles, LLC*


        RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

        By:*/s/ Jeffrey M. Croasdell*
            Jeffrey M. Croasdell
            Patrick A. Coronel
            119 E Marcy St. #200
            Santa Fe, NM 87501
            Telephone:  (505) 954-3900
            Email:  jcroasdell@rodey.com; pcoronel@rodey.com

        *Attorneys for Defendant United Tactical Systems, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 14, 2020, I electronically filed a true and correct copy of the foregoing **NOTICE OF COMPLETION OF BRIEFING** with the Court pursuant to CM/ECF procedure for the District of New Mexico, which will send notification of such filing and cause the following parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing:

            */s/ Eric R. Burris*
            Eric R. Burris

21971506