IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CELESTINA SALLY DURAN, Individually
and as Personal Representative of the
ESTATE OF FIDENCIO DURAN;
and ROBERT DURAN,**

      Plaintiffs,

vs.                                                                    No. 1:18-cv-01062-MV-LF

**UNITED TACTICAL SYSTEMS,
LLC d/b/a PEPPERBALL; ADVANCED TACTICAL
ORDNANCE SYSTEMS, LLC d/b/a PEPPERBALL;
and PERFECT CIRCLE PROJECTILES, LLC,**

      **Defendants.**

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to File Surreply [Doc. 153]. Counsel for United Tactical Systems, LLC, d/b/a Pepperball informed Plaintiffs after the filing of Doc. 153 that they do not oppose the Motion. Plaintiffs then called chambers to alert the Court to United Tactical Systems, LLC's position on this 4th day of February 2021.

The Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs shall be allowed to file their Surreply, a copy of which is attached as an exhibit to Doc. 153. Plaintiffs are directed to file the Surreply as a separate entry on the docket.

                                                      _____
                                                      HONORABLE MARTHA VAZQUEZ
                                                      UNITED STATES DISTRICT JUDGE

Submitted by:

Submitted by:

**KENNEDY KENNEDY & IVES, PC**

*/s/ Laura Schauer Ives*
Laura Schauer Ives
Joseph P. Kennedy
Adam C. Flores
1000 2nd Street NW
Albuquerque, NM 87102
(505) 244-1400 / Fax (505) 244-1406
lsi@civilrightslaw.com
jpk@civilrightslaw.com
acf@civilrightslaw.com

and

**FINE LAW FIRM**

*/s/ Mark Fine*
Mark Fine
220 9th Street NW
Albuquerque, NM 87102
(505) 243-4541 / Fax (505) 242-2716
Finemark@gmail.com

*Attorneys for Plaintiffs*

**RODEY, DICKASON, SLOAN, AKIN & ROBB, PA**

*Approved via electronic mail 02-04-21*
Patrick A. Coronel
Jeffrey M. Croasdell
119 E Marcy St #200
Santa Fe, NM 87501
Phone: (505) 954-3900
PCoronel@rodey.com
jcroasdell@rodey.com

*Counsel for Defendants United Tactical Systems, LLC*

**BROWNSTEIN, HYATT, FARBER, SCHRECK, LLP**

*Approved via electronic mail 02-04-21*

Eric R. Burris
Lorena B. Hutton
201 Third St. NW Suite 1800
Albuquerque, NM 87102
(505) 244-0770
eburris@bhfs.com
lhutton@bhfs.com

*Counsel for Defendants Advanced Tactical Ordnance Systems, LLC and Perfect Circle Projectiles, LLC*